IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INNOMEMORY, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-CV-00338-RWS-RSP |
| v. | § § | |
| Pioneer Corporation, | § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by InnoMemory. LLC ("Plaintiff"). (**Dkt. No. 6.**) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 13th day of November, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE